UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

OLGA V. DUNINA,

      Plaintiff,   Case No. C-3:06-CV-383

-vs-

             District Judge Thomas M. Rose

MIAMI COUNTY COMMON
PLEAS VISITING JUDGE
JONATHAN HEIN

      Defendant.

___

**ENTRY AND ORDER ADOPTING REPORT AND RECOMMENDATIONS OF THE MAGISTRATE JUDGE (DOC. #3) OVERRULING PLAINTIFF'S OBJECTIONS (DOC. #4-1) ORDERING PLAINTIFF'S COMPLAINT BE DISMISSED AND CERTIFYING THAT PURSUANT TO 18 U.S.C. 1915(a) THAT AN APPEAL OF THIS ORDER WOULD NOT BE TAKEN IN GOOD FAITH DENYING  PLAINTIFF LEAVE TO APPEAL *in forma  pauperis, T*ERMINATION ENTRY**

___

  This matter comes before the Court pursuant to Objections (Doc. #4-1) to the Report and Recommendation of  Magistrate Judge Sharon Ovington (Doc.#3)  recommending that Plaintiff's Complaint  be dismissed.

  The Court has reviewed  the comprehensive findings of the Magistrate Judge and pursuant to 28 U.S.C. Section 636(b) and Fed. R. Civ. P. 72(b), this Court has made a de novo review of the record in this case.  Upon consideration of the foregoing, the Court finds the Objections (Doc.# 4-1) are not well-taken and are hereby OVERRULED.

  The Court ADOPTS the Magistrate's Report and Recommendations (Doc. #3) in it's entirety Ordering that Plaintiff's Complaint be DISMISSED and CERTIFYING that an appeal

of this order would not be taken in good faith and therefore DENIES Plaintiff's leave to appeal *in forma pauperis.* Said Case is TERMINATED on the Dockets of this Court.

IT IS SO ORDERED

February 12, 2007                                                                **s/Thomas M. Rose**

_____
                                                    THOMAS M. ROSE
                                                    UNITED STATES DISTRICT JUDGE